IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| DEBORAH BEARER | : | CIVIL ACTION No.: 19-5415 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS | : | |
| USA, INC, et al. | : | |
| Defendants | : | |

## ORDER

AND NOW, following upon Defendants Teva Pharmaceuticals USA, Inc., Teva Sales and Marketing, Inc., and Teva Branded Pharmaceuticals Products R&D Inc.'s (collectively "Defendant") Motion for Leave to File an Amended Answer and Motion for Sanctions (Doc. 48), Plaintiff Deborah Bearer's ("Plaintiff") Response in Opposition to the same and cross-motion for sanctions (Doc. 49), and Defendant's Reply (Doc. 54), and as set out in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion for Leave to File an Amended Answer is **GRANTED** and its Motion for Sanctions against Plaintiff is **DENIED**. It is **FURTHER ORDERED** that Plaintiff's cross-motion for sanctions against Defendant is **DENIED** and her Motion for Leave to File a Surreply (Doc. 56) is **DENIED** as moot.

BY THE COURT:

Date: April 8, 2021

/s/ David R. Strawbridge, USMJ\_\_\_
David R. Strawbridge
United States Magistrate Judge