IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| DEBORAH BEARER | : | |
| | : | CIVIL ACTION NO. |
| | : | 19-5415 |
| Plaintiff | : | |
| v. | : | |
| | : | |
| TEVA PHARMACEUTICALS | : | |
| USA, INC, *et al.* | : | |
| | : | |
| Defendants | : | |
| | : | |

## ORDER

**AND NOW**, this 8th day of September, 2021, upon consideration of extensive briefing by the parties (Docs. 52, 53, 62, 63, 64, 65) it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is, as set out in the attached Memorandum Opinion, **DENIED IN PART** and **GRANTED IN PART** as follows:

1. Defendants' Motion for Summary Judgment is **DENIED** in that:

    a. Plaintiff's Title VII sex discrimination claim against Defendants for their ongoing failure to promote Plaintiff (Memorandum Opinion, III.A.2.a.) may **PROCEED**;

    b. Plaintiff's Title VII sex discrimination claim against Defendants for their failure to award Plaintiff (Memorandum Opinion, III.A.2.e.) may **PROCEED**;

    c. Plaintiff's Title VII retaliation claim against Defendants for their failure to award Plaintiff (Memorandum Opinion, III.A.2.e.) may **PROCEED**;

    d. Plaintiff's Title VII hostile work environment claim against Defendants regarding the conduct of Defendants' executive (Memorandum Opinion, III.B.2.) may **PROCEED**.

2. Defendants' Motion for Summary Judgment is **GRANTED** as to all remaining claims.

        BY THE COURT:

        <u>/s/ David R. Strawbridge, USMJ</u>
        DAVID R. STRAWBRIDGE
        UNITED STATES MAGISTRATE JUDGE